```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
ORTIZ ET AL.,                              :
                                           :
                         Plaintiffs,       :   12 Civ. 3623 (TPG)
                                           :
            -v-                            :   ORDER
                                           :
SAMSON ET AL.,                             :
                                           :
                         Defendants.       :
                                           :
------------------------------------------X
```

KATHERINE B. FORREST, District Judge (sitting as part I):

Having been notified that the parties have agreed to a settlement in this Fair Labor Standards Act action, *(Judge Griesa)*

IT IS HEREBY ORDERED that the parties provide to the Court its settlement agreement and the basis for its settlement calculations not later than August 6, 2012, so that the Court may scrutinize the proposed settlement for fairness.

SO ORDERED:

Dated:   New York, New York
         August 1, 2012

                                    _____
                                    KATHERINE B. FORREST
                                    United States District Judge
                                    Part I